

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-14-00051-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11074
Honorable Dick Alcala, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On January 24, 2014, and January 27, 2014, court reporters Cheryl Lyren and Bob L. Hogan, respectively, filed notifications of late reporter's records. On February 5, 2014, we dismissed this appeal. The reporter's requests are MOOT.

It is so **ORDERED** on the 5th day of February, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court